# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
BLDG. B, 409 E STREET, N.W., ROOM 120 (Police Memorial Entrance)
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Small Claims Forms 11 — General

**Plaintiff:** Albert F. Sams
**Address:** 2801 Douglass Pl. S.E.
Washington D.C. 20020

vs.

**Defendant:** (1) Isabella Abbas-Estalk
(2)
(3)

Phone No. 678-2998   No. SC 05 SC(2) 7126   ☐ Collection Case

## STATEMENT OF CLAIM

① Effective date 6/1/05 — Failure to comply with D.C. Dept. of Consumer and Regulatory Affairs, 30 day notice of personal

② Occurrence not to Rent increase 698 to 749.

③ Excessive Market Value by Landlord or Mgmt Co. No Rent (or?) Breach of lease

MR. ALBERT F. SAMS being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_Attorney for Plaintiff_   _Bar No._   _Plaintiff (or agent)_

Address _____ Zip Code _____

Phone No. _____

Subscribed and sworn to before me this 17 day of _____ 20__

FILED JUN 17 2005
Clerk, Superior Court of the District of Columbia, Small Claims Branch

_Deputy Clerk (or notary public)_

## NOTICE
### All parties must notify the court of any address changes.

To: (1) Isabella Abbas-Estalk (2) _____
Program Manager
c/o

Home Address _____ Zip Code _____   Home Address _____

Business Address: Dept. of Housing & Urban Development, Multi-Family Asset Management
Union Center Plaza - 820 First St. N.E. - REO Branch   Zip Code 20002

You are hereby notified that MR. ALBERT F. SAMS has made a claim and is requesting judgment against you in the sum of Seven Hundred Forty-Nine dollars @ 749.00 as shown by the foregoing statement. The court will hold a hearing upon this claim on 7/15/05

At 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, 409 E Street, N.W. (Police Memorial Entrance)

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

CV-471/OCT. 03   _Deputy Clerk, Small Claims and Conciliation Branch_

## INSTRUCTIONS TO DEFENDANT(S)

**IMPORTANT: IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER** THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAI YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will with all parties to see if a settlement can be worked out. If all parties are present when your case is called, and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your interest to your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may one of the offices of the Neighborhood Legal Services (628-2700), OR THE D.C. Law Students in program (638-4798) for help or come to Building B, 409 E Street, N.W., Room 120, (POLICE MEMOR ENTRANCE) for more information concerning places were you may ask for such help. **Act Promptly.**

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by pl of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding proceed If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case num and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear witho lawyer.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring t with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPER DEL DISTRITO DE COLUMBIA, BUILDING B, 409 E STREET N.W., SALA 120. (POLICE MEMOR ENTRANCE.)

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., BUILD B, 409 E STREET N.W., ROOM 120. (POLICE MEMORIAL ENTRANCE.)

CV-471/OCT. 03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT A. SAMS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ISABELLA M. CABBAGESTAK )<br>)<br>Defendant )<br>) | Civil Action No.: 05-_____ |

## WESTFALL CERTIFICATION

I, R. Craig Lawrence, Acting Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in <u>Albert A. Sams v. Isabella M. Cabbagestak</u>, now pending in the Superior Court of the District of Columbia, Civil Division, Small Claims and Conciliation Branch, Civil Action No. 2005- (SC2)-7126 (filed June 17, 2005), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendant Isabella Cabbagestak was acting within the scope of her employment as an employee of the United States at the time of the alleged incidents.

July 13, 2005

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney
Chief, Civil Division

## CERTIFICATE OF SERVICE

I certify that on July 13, 2005, I caused copies of the foregoing Notice of Removal of Civil Action, and Westfall Certification to be service by first class mail upon *pro se* plaintiff at:

**Albert A. Sams**
**2801 Douglass Place, S.E.**
**Washington, D.C. 20020**

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Julia K. Douds
　　　　　　　　　　　　　　　　　　　　　　　　　JULIA K. DOUDS
　　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　　　　(202) 514-5134