UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT A. SAMS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No.: 05-1393 (JGP) |
| v. ) | |
| ) | |
| ISABELLA M. CABBAGESTAK ) | |
| ) | |
| Defendant ) | |

## ANSWER

### First Affirmative Defense

Plaintiff has failed to state a claim upon which relief can be granted.

### Second Affirmative Defense

Plaintiff failed to properly exhaust his administrative remedies with respect to certain claims.

### Third Affirmative Defense

In response to the Complaint, Defendant admits, denies or otherwise avers as follows:

### STATEMENT OF CLAIM

Sentences 1-3:  Sentences Numbered 1-3 under the "Statement of Claim" section of Plaintiff's complaint consists of Plaintiff's characterization of his complaint to which no response is required.  To the extent a response is deemed to be required, Defendant denies the allegations contained in this section.

The remainder of the complaint consists of Plaintiff's request for relief, to which no

-1-

response is required; to the extent a response is deemed to be required, Defendant denies that Plaintiff is entitled to the relief demanded in the complaint or to any relief whatsoever.

August 31, 2005                             Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
JULIA DOUDS
Special Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-5134

CERTIFICATE OF SERVICE

  I certify that on August 31, 2005, I caused copies of the foregoing Answer to be service by first class mail upon *pro se* plaintiff at:

**Albert A. Sams**
**2801 Douglass Place, S.E.**
**Washington, D.C. 20020**

               _____
               JULIA K. DOUDS
               Special Assistant United States Attorney
               Civil Division
               555 4th Street, N.W.
               Washington, D.C. 20530
               (202) 514-5134