UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT A. SAMS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1393 (JGP) |
| ) | |
| v. ) | |
| ) | |
| ISABELLA M. CABBAGESTAK, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch and remove the appearance of Special Assistant United States Attorney Julia Douds as counsel for defendant in the above-captioned case.

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing Praecipe was served upon *pro se* plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Albert A. Sams
2801 Douglass Place, S.E.
Washington, DC 20020

on this 20th day of September 2005.

_____
ALAN BURCH
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov