UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT A. SAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ISABELLA M. CABBAGESTAK, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1393 (JGP) |

**ORDER**

This case was scheduled for an initial scheduling conference on September 22, 2005. However, due to the reassignment of the case to other counsel within the United States Attorney's Office, the parties were unable to meet the deadline for submission of the Local Rule 16.3 Joint Statement.[1]  Accordingly, it is hereby

**ORDERED** that an initial scheduling conference shall be held on **October 18, 2005 at 10:00 A.M.** in Courtroom 15.  It is further

**ORDERED** that the parties shall submit their Joint Statement on or before October 11, 2005.

**DATE: September 21, 2005**               **JOHN GARRETT PENN**
                                            **United States District Judge**

---

[1] The Court contacted the U.S. Attorney's Office on September 20, 2005 after the parties failed to file their joint statement as requested by the Court in the Initial Scheduling Order [#3].