UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT F. SAMS                          CIVAL ACTION NO. 05-1393
    PLAINTIFF                         -(JGP)
V.

ISABELLA M. CABBAGESTAK

    DEFENDENT

PLAINTIFF PRETRIAL STATEMENT
BRIEF STATEMENT OF THE NATURE OF THE CONTROVERSY

THIS CASE INVOLVES THE DEFENDANT,IN A LETTER SHE RECEIVED,OR A CORRESPONDENT,SHE RECEIVED FROM MS.LAURA HAYES MANAGEMENT AGENT FOR SAYLES PLACE HOMES.DATED SEPTEMBER 1, 2004.REGARDING A RENT INCREASE,EFFECTIVE OCTOBER 1,2004.

THE MEMBERS OF THE CO-OP AT SAYLES PLACES HOMES,VOTED AGAINST THIS INCREASE AT THE ANNUAL TENANT MEETING HELD IN APRIL 1,2004. DEFENDANT REFUSED TO DISCUSS PLAINTIFF,RENTAL ISSUES, IN THIS MATTER.

RECEIVED
OCT 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE CO-OP HAS A FIVE MEMBER BOARD AT SAYLES PLACE, WHICH GOVERN, VOTES AND REVIEW ALL RENT INCREASES. THIS WAS NOT DONE. THUS VIOLATING THE BI-LAWS OF THE CO-OP, AT SAYLES PLACE HOMES.

THE CO-OP IS CONPRISED OF A FIVE MEMBER BOARD, THREE OR FOUR MEMBERS IS NOT A COMPLETE BOARD, AND CANT SIGN OFF ON A APPLICATION FOR APPROVAL OF AN INCREASE, UNDER THE BI-LAWS AT SAYLES HOMES, THUS VIOLATING AND FAILING TO COMPLY THE APPLICATION OF THE BI-LAWS.

PLAINTIFF ALLEGE THAT HUD WAS NOT PROPERLY NOTIFIED OF THE INCREASES IN QUESTION. PLAINTIFF ALLEDGES THAT THREE RENTAL INCREASES, AND ONE PROJECTIVE INCREASE ON NOVEMBER 1, 2005. PREVIOUS INCREASES ARE OCTOBER, 1 2004, JUNE 1, 2005, JULY 1, 2005 AND A NOTIFICATION FOR NOVEMBER 1, 2005.

## STATEMENT OF FACTS

1. ON OCTOBER 1, 2004, A RENTAL INCREASE WAS APPROVED, NO THIRTY DAY NOTIFICATION GIVEN, A CLAIM WAS FILED AT THE CIVAL DIVISON OF SUPERIOR COURT. PLAINTIFF WAS AT THE SETTLEMENT. JUDGEMENT WAS FOR THE PLAINTIFF. A COPY OF THIS ORDER IS ON FILE. A SECOND CLAIM WAS FILED ON JULY 18, 2005 FOR NON-COMPLYMENT OR FAIL TO COMPLY WITH D.C. DEPT. OF CONSUMER AND REGULATORY AFFAIRS THIRTY DAY NOTIFICATION OF A RENT INCREASE.

2. PLAINTIFF ALLEDGES THAT THIS IS A SIGN OF GENIFICATION, FORCING MEMBERS TO PAY SUCH ENORMOUSE INCREASES. IT APPEARS THE DEFENDANT IS A NEOPHYTE AND NOT AN INTERESTING PARTY.

**PLAINTIFF EXHIBITS DOCUMENTS AND RECORDS TO BE OFFERED INTO EVIDENCE:**

**DISCOVERY RESPONSES, DEPOSITION TESTIMONY AND ALL DOCUMENTS PRODUCED BY THE DEFENDANTS. PLAINTIFF FURTHER RESPECTFULLY RESRVES THE RIGHT TO OBJECT TO ANY EXHIBIT LISTED BY ANY PARTY.**

A)

**PLAINTIFF REQUESTED STIPULATIONS**

1. PLAINTIFF REQUESTS THAT DEFENDANT STIPULATE TO THE AUTHENTICITY AND THE ADMISSIBILITY OF ALL RECORDS SUBMITTED, PURSUANT TO COURTS AND JUDICIAL PROCEEDINGS, SET FORTH IN DEFENDANT EXHIBIT LIST.

**B) DAMAGES CLAIMED OR OTHER RELIEF**

DEFENDANT EXHIBITS A LACK OF UNDERSTANDING OF THE DUTIES OF A PROGRAM MANAGER, EXHIBITING CONFLICTING PRESSURES. AS OF THE DATE OF THIS SCHEDULE CONFERENCE, PLAINTIFF OPPOSE PREVIOUS RENTAL INCREASES STATED IN THE ABOVE CAPTURE CASE AS STATED AND WILL EXCEPT RETROACTING THE RENT BACK TO OCTOBER 1, 2004 INCREASE AS A FAIR COMPENSATION.

RESPECTFULLY SUBMITTED

DATE: 10-11-2005

*[signature]*

2801- Douglas Pl.
S.E. Washington
D.C. 20020
(202) 6782998

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING SCHEDULING CONFERENCE STATEMENT WAS HAND DELIVERED THIS 11TH DAY OF OCTOBER, 2005 :

ALAN BURCH D.C BAR
ASSISTANT UNITED
STATES ATTORNEY
554-4TH ST. NW
WASHINGTON D.C.
20530
(202) 514-7204