# List of Exhibit's

RE: Rental Increase

1. - A  A letter to MS. Cabbagestalk from the board of Directors at Sayles Pl. homes.

2. - B  A letter from the Board of Directors @ Sayles Pl. homes, Requesting Receipt and Acknowledgement, of memorandum of rental Increase

3. - C  Untimely 30 Day notice for Rental Increase

4. - D  Filing of claim in Superior court of D.C. June 17, 2005

5. - E  Filing of claim in Superior court of D.C. July 18th, 2005

6. - F  Notice to the Board of Directors and Members of Sayles Pl. homes cooperative Inc. New Rate May, 1/2005. July 1, Oct. 1, 2005.

7. - G  Request for the removal of MS. Mary F. Charles, from the Rental office.

Exhibit - A

**SAYLES PLACE HOMES**
2716 DOUGLASS PLACE S.E.
WASHINGTON, D.C. 20020

TELEPHONE: (202) 889-2998

September 20, 2004

Ms. Isabella Cabbagestalk
Project Manager
U.S. Department of Housing and Urban Development
820 First Street N.E.
Washington, DC 20002-4257

RE: Rental Increase
    Sayles Place Homes, Inc.
    HUD Project NO: 000-44015

Dear Ms. Cabbagestalk:

This letter is in response to correspondence you received from Ms. Laura Hayes, Management Agent for Sayles Place Homes (SPHs). Ms. Hayes submitted correspondence to you dated September 1, 2004, regarding an increase in the maximum permissible amount in carrying charges for SPH members, effective October 1, 2004.
The member of SPHs voted against this increase at the annual meeting held in April of 2004. Although the first vote was against an increase, we are not exactly sure why the first vote became null and void and we needed a second vote. According to Ms. Hayes, the second vote resulted in favor of an increase, although over half of the initial members present had left the meeting.

This second vote also resulted in some members stating that the voting was not carried out properly. It was then suggested, and agreed upon, that another meeting be called strictly for the purpose of voting on this increase. That meeting never occurred. The next time the members of SPHs heard about an increase was when we received notice in September, 2004, that we could comment regarding a package that would be sent to HUD requesting an increase for October 1, 2004. We would like to know why in June when this notice for an increase was supposed to have been sent to all members, did the language state that a request was being sent to HUD on July 1, 2004, and this notice we received in September indicates that the increase is to take effect on October 1, 2004.

This package indicating that HUD would receive this package on July1, 2004 actually was not sent to HUD until July 19, 2004. Mr. Nunez' correspondence of July 22, 2004 also indicates that no initial submission was sent to the HUD office during the posting period. We would also like to know how it is that this proposed increase is to take effect in October, although it is clear that it has taken all Summer to comply with Ms. Charles' original request for an increase in June, 2004. Also, when did HUD start accepting requests of such magnitude from the President of SPHs. The members of SPHs are asking that you deny this increase based on the above information, as well as, the following factors:

a. L. Hayes & Associates, Inc. never had any legal authority based on a fair vote by the members of SPHs to initiate any increase.

b. Members of SPHs never received any initial correspondence on June 1, 2004 from L. Hayes & Associates, Inc. stating that a package requesting an increase was being submitted to HUD (the only notice was for September, 2004).

c. SPHs had an increase last year which resulted in an increase of over $200.00 for some families. And although more funds are needed to run the property in some areas, we don't think it is fair to make members correct a financial error that resulted in poor management over a decade ago. Members at SPHs, just like any other household, have budgets. These budgets were set up prior to last year's increase, and some budgets may not have additional money available for years, for instance those including car loans, tuition, and many other expenses. These budgets did not include an additional $400.00 per month.

d. It should also be clear that if we are forced to pay such enormous increases, most of us will have to move because we cannot afford such swift and drastic increases. If this is the case, we will certainly not be saving SPHs for the current members, because there will be no current SPHs members.

e. Also, the attached petition signed by members of SPH indicates their lack of knowledge to an increase prior to September, 2004, as well as, their non-approval of any such increase. And for the record, the Board can assure you that if any such notice had hit this property prior to September, 2004, this response would have been prepared back in June, 2004.

f. We all know that something must be done to have more money for the maintaining of SPHs, but increasing the member's carrying charges by 90 percent in less than 2 years, is not the answer.

Also, Ms. Hayes states that there is a 3 tier problem as to why the proper increases did not occur in the past. This is not true. The members did not know that the Board was voting on not having an increase, which management approved. Now we

all must bear responsibility to dig ourselves out of this hole, but if we are to lay blame, we should be clear with our facts.

Further, all 5 reasons for an increase can be addressed with management and show why that item may not be part of the reasons. For example, reasons NO. 1 (To cover increases in Administrative costs necessary to properly conduct project business. Two of the 4 staff persons are no longer employed with SPHs. The project manager will be leaving at the end of September, and one of the maintenance staff has already left the property, effective September 17, 2004. The Board does not feel this property needs, nor can it support two office personnel and two maintenance personnel. This should be a great savings since we are currently paying over $124,000 a year in salaries. And there are other areas of cost effective approaches that can be explored.

Again, let the record show that no member, or Board member, (Ms. Charles also stated at a Board meeting held September 18, 2004, that she has seen no notice for an increase prior to September, 2004) has seen any notice for an increase prior to September, 2004. No Board member has seen any correspondence from Mr. Nunez' to the Board dated July 22, 2004. Therefore, the responses from the Board members regarding Mr. Nunez' letter are strictly from L. Hayes & Associates, Inc.

It should also be understood that the President of the Board is one member who makes up a Board of five members, and therefore, cannot sign documents or make decisions as an individual, or give final statements of such magnitude which affect all members of SPHs.

Thank you for your attention to this matter.

Sincerely,

Board of Directors SPHs

| Signature-Title | Date |
|---|---|
| Mary F. Charles, Pres. | 9/23/04 |
| E. VKoonce | 9/22/04 |
| W. Dionne Hays | 9-23-04 |
| J. Jackson, Vice Pres. | 9-23-04 |

# SAYLES PLACE HOMES
## 2716 DOUGLASS PLACE S.E.
## WASHINGTON, D.C. 20020

### TELEPHONE: (202) 889-2998

September 20, 2004

Ms. Isabella Cabbagestalk
Project Manager
U.S. Department of Housing and Urban Development

RE: Receipt and Acknowledgement
    Memorandum of Rental Increase

Ms. Cabbagestalk the Board of Directors and the members of Sayles Place Homes would appreciate it if you or a member of your staff could sign and date this receipt and acknowledgement concerning the rental increase memorandum dated September 20, 2004.

Thank you for your time and attention concerning this matter.

Sincerely,

Board of Directors SPHs

_____  9/24/04
Signature of Project Manager                                Date
Ms. Isabella Cabbagestalk

## Sayles Place Homes, Inc.

2716 Douglas Place, SE
Washington, DC 20020
Phone (202) 889-2998
Fax (202) 889-6240

HAND DELIVERED MAY 03, 2005

May 2, 2005

MR. & MRS. ALBERT SAMS
2801 DOUGLASS PL, SE
WASHINGTON DC 20020

Subject: Market Rate, New Carry Charge Increase
Effective, June 1, 2005 (Revised)

MR. & MRS. SAMS,

The U. S. Department of Housing and Urban Development has approved a new schedule of carrying charges for Sayles Place Home, to assure that the Cooperative will be able to meet its financial needs for the upcoming year. (see attached)

This notice is prepared to amend your LEASE and, if applicable, your most recent HUD income certification to reflect your new monthly carrying charge rate.

Beginning June 1, 2005, your monthly carrying charge rate will be $749.00.

If you have just recently recertified your income with us you may have received a conflicting rate statement at that time. However, this notice replaces the prior notice.

If you are not sure what rate you will have to pay on June 1, 2005 please call the office at (202) 889-2998 for clarification.

Sincerely,
Laura Hayes
Managing Agent

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
BLDG. B, 409 E STREET, N.W., ROOM 120 (Police Memorial Entrance)
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Small Claims Forms 11                                                    General

**Plaintiff:** Albert I. Sams
2801 Douglass Pl. S.E.
Washington, D.C. 20020

**vs.**

(1) [crossed out]
(2) Isabella Cabbagestalk
(3)

**Defendant**

Phone No. 678-2998      No. SC 05-SC(R) 7126      ☐ Collection Case

## STATEMENT OF CLAIM

① Failure to comply with D.C. Dept. of Consumer and regulatory affairs, 30 Day notice, 2nd occurrence rental/Rent increase $696 to $749.

② Excessive Market Value, no limit, to Landlord or Mgmt Co., No Rent Control District.

③ Breach of Lease

DISTRICT OF COLUMBIA, ss: Mr. Albert F. Sams being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_____ Attorney for Plaintiff        _Albert F. Sams_ Plaintiff (or agent)
Address         Zip Code              Bar No.

Phone No. _____

Subscribed and sworn to before me this 17 day of June 20 05

[FILED JUN 17 2005 Clerk Superior Court of the District of Columbia Small Claims Branch]

_____ Deputy Clerk (or notary public)

## NOTICE
All parties must notify the court of any address changes.

To:
(1) Isabella Cabbagestalk  (2) _____
Program Manager
**Defendant**                  **Defendant**
☐                             ☐

Home Address    Zip Code           Home Address

Business Address: Dept. of Housing & Urban Development Multi Family Asset Management
Union Central Plaza 820 First St N.E. (Reo Branch)  Zip Code 20006

You are hereby notified that Mr. Albert I. Sams has made a claim and is requesting judgment against you in the sum of Seven Hundred & Forty Nine dollars ($749.00) as shown by the foregoing statement. The court will hold a hearing upon this claim on 7/15/05

At 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, 409 E Street, N.W. (Police Memorial Entrance)

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

CV-471/OCT. 03                                    Deputy Clerk
                                   Small Claims and Conciliation Branch

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
BLDG. B, 409 E STREET, N.W., ROOM 120 (Police Memorial Entrance)
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Small Claims Forms 11 — General

Plaintiff: Albert F. Sama
Address: 2801 Douglas Pl. S.E., Washington D.C. 20020

vs.

Defendant: (1) Laura Hayes

No. SC 05SC1-8192

☐ Collection Case

## STATEMENT OF CLAIM

① Failure to comply with D.C. Dept. of Consumer and Regulatory Affairs 30 Day notice
② Failure to amend lease for two months recent rent

DISTRICT OF COLUMBIA, ss: _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Attorney for Plaintiff / Plaintiff (or agent): Albert Sama

Subscribed and sworn to before me this 18 day of July, 2005

**FILED JUL 18 2005** — Clerk, Superior Court of the District of Columbia, Small Claims Branch

Deputy Clerk (or notary public)

## NOTICE
All parties must notify the court of any address changes.

To: (1) Laura Hayes
Business Address: 2716 Douglas Pl. S.E., 20020

You are hereby notified that Mr. Albert F. Sama has made a claim and is requesting judgment against you in the sum of One Hundred Eighty-two dollars ($182.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on AUG 15 2005 @ 9AM Rm 119

At 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, 409 E Street, N.W. (Police Memorial Entrance)

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

CV-471/OCT. 03

March 30, 2005

## Notice to The Board of Directors
## and Members of Sayles Place Homes Cooperative, Inc.

RE:    Market Rate Rent Increase

On March 1, 2005, the Department of Housing and Urban Development issued a revised rent increase schedule for the market rents at Sayles Place Homes. The new rents are as follows:

| Unit Size | April 1, original | April 1, new |
|---|---|---|
| 3bd/S | 749 | 900 |
| 3bd/L | 767 | 915 |
| 4bd | 843 | 1013 |
| 5bd/S | 880 | 1058 |
| 5bd/L | 903 | 1086 |

Implementation Schedule

| Unit Size | May 1 | July 1 | October 1 |
|---|---|---|---|
| 3bd/S | 749 | 824 | 900 |
| 3bd/L | 767 | 841 | 915 |
| 4bd | 843 | 928 | 1013 |
| 5bd/S | 880 | 969 | 1058 |
| 5bd/L | 903 | 995 | 1086 |

Please remember, market rate members have the right to be recertified if you feel that the rents listed above are equate to more than 30% of you adjusted gross household income according to the HUD 4350.3 Occupancy Handbook, Rev 1. Change 1.

If you wish to have a certification done you must:
- Call the office for an appointment
- Bring addresses for all sources of income
- Bring information pertaining to all asset, including bank accounts, retirements, investments, property and a copy of your last income tax return. This information is required for EVERY member of the household.
- Bring copies of birth certificates and social security cards
- ALL information must be third party verified.

Your certification must be completed at least 30 days prior to the next rent implementation date. EX. If you want to be certified prior to the July 1, implementation date, your certification must be completed no later than May 31, 2005

The certification process takes two to three weeks at least. You will be required to come to the office twice (under normal circumstances). Once for the initial interview and again to sign final paper work. Failure to follow these procedures will result in a delay in processing the certification and you will continue paying market rent.

The certification process must be completed prior to your rent being reduced, if applicable.

Also remember according to the HUD 4350.3 Occupancy Handbook, Rev1. Change1, **ONLY persons listed on the 50059 certification worksheet will be allowed to live on the project.**

Laura Hayes, Managing Agent

RE: MARY F.CHARLES
FROM: ALBERT SAMS
SUBJECT: REMOVAL FROM OFFICE

Cc: PROJECT MANAGER, ISABELLA CABBAGESTALK (HUD)
    MANAGING AGENT, LAURA HAYES, MANAGER SUPERINTENDENT
CATHY VONDY THOMAS  Nicole, Raymond office Manager

DEAR, CATHY THOMAS

    WE REQUEST THAT MARY F.CHARLES BE REMOVED FROM THE RENTAL OFFICE. MEMBERS HAVE UNANIMOUSLY STATED HER REMOVAL. I HAVE INFORMED YOU OF THIS ISSUE IN THE PRESENCE OF MRS.SAMS IN THE RENTAL OFFICE REGARDING MS.CHARLES ROUTINELY BEING IN THE OFFICE. SHE IS NOT EMPLOYED BY LAURA HAYES NOR ISABELLA CABBAGESTALK (HUD). THIS IS A SERIOUS ISSUE. SO I AM INITIALLY MAKING THE REQUEST AGAIN AND SUBSEQUENLY HOPING YOU WILL TAKE SOME CORRECTIVE ACTION AND NOT FAIL TO COMPLY. THIS IS NOT A HUD COMPLIANCE REQUIREMENT. IMPLEMENTATION OF THIS PROPOSAL IS IN THE BEST INTEREST OF THE CO-OP MEMBERS. SO LETS NOT LET IT BECOME A ADJUDICATION ISSUE BECAUSE THERES AN INFRACTION IN ACCORDANCE WITH RENTAL PRIVACY ACTS AND NOT DISCRIMINATION BUT UNAUTHORIZED PRACTICE.

_Albert F. Sams_    9/16/05

MR. ALBERT F. SAMS

CO-OP MEMBER

SEPTEMBER 16, 2004