UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT A. SAMS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1393 (JGP) |
| | ) |
| **ISABELLA M. CABBAGESTAK,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This matter is before the Court pursuant to the request of plaintiff, a *pro se* party, for an extension of time so that he may secure counsel. This request was made at the initial scheduling conference held on October 18, 2005. Accordingly, it is hereby

**ORDERED** that a scheduling hearing shall be held on **November 17, 2005 at 11:00 A.M. in Courtroom 15.**

Date: October 19, 2005.                                    **JOHN GARRETT PENN**
                                                                         **United States District Judge**