UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT A. SAMS )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>ISABELLA M. CABBAGESTAK, )<br>)<br>)<br>)<br>    **Defendant.** )<br>_____)  | Civil Action No.  05-1393 (JGP) |

**FOX-NEAL ORDER**

An initial scheduling conference was held in this case on October 18, 2005. During the proceeding, plaintiff, who is *pro se*, indicated his intent to secure counsel on or before November 17, 2005. Since plaintiff has not informed the Court that he has succeeded in securing counsel, and is therefore deemed to still be proceeding *pro se*, the Court is compelled to advise plaintiff of the text of Federal Rule of Civil Procedure 56(e) governing motions for summary judgment.[1]
Rule 56(e) states that:

> Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further

---

[1] See Fox v. Strickland, 267 U.S.App.D.C. 84, 837 F.2d 507 (1988) (holding that a district court must take pains to advise a *pro se* litigant of the consequences of failing to respond to a dispositive motion); Neal v. Kelly, 295 U.S.App.D.C. 350, 963 F.2d 453 (1992) (holding that *pro se* plaintiffs must be advised that factual assertions in a motion for summary judgment will be accepted as true unless plaintiff submits his own affidavits or other evidence contradicting the assertion).

affidavits.  When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial.  If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Accordingly, plaintiff is advised that the facts asserted in any dispositive motion filed by defendant, as well as supporting documents and affidavits, will be accepted as true unless plaintiff submits his own affidavits or other evidence contradicting defendant's assertions.

**SO ORDERED.**

**Date: November 18, 2005**                                                   **JOHN GARRETT PENN**
                                                                               **United States District Judge**