UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT A. SAMS**  )<br> )<br> **Plaintiff,**  )<br> )<br> v.  )  Civil Action No.  05-1393 (JGP)<br> )<br>**ISABELLA M. CABBAGESTAK,**  )<br> )<br> )<br> )<br> **Defendant.**  )<br>_____  ) | |

**ORDER**

This matter is before the Court following the status hearing held on November 17, 2005. At the initial scheduling conference held on October 18, 2005, plaintiff, a *pro se* party, requested an extension of time from the Court so that he could secure counsel. The Court granted this request in an Order dated October 19, 2005.

However, plaintiff failed to attend the November 17, 2005 status hearing and neither informed the Court nor defendant regarding a reason for his absence. Accordingly, it is hereby

**ORDERED** that plaintiff shall file a Memorandum to the Court explaining his absence from the November 17, 2005 status hearing, and informing whether he intends to further prosecute his case. And if plaintiff files such a Memorandum by **December 1, 2005**, it is also hereby

**ORDERED** that a status hearing shall be held on **December 14, 2005 at 10:00** A.M. in Courtroom 15. A Fox-Neal Order accompanies this Order.

Date: November 21, 2005                    **JOHN GARRETT PENN**
                                           **United States District Judge**