## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT A. SAMS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 05-1393 (JGP) |
| | ) |
| ISABELLA M. CABBAGESTAK, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Pursuant to the Court's November 21, 2005 **[#10] Order Regarding Plaintiff's Absence from the November 17, 2005 Status Hearing**, and for the reasons set out in that Order, the status hearing that was rescheduled for December 14, 2005 is hereby cancelled.

**SO ORDERED.**

Date: December 13, 2005                                     JOHN GARRETT PENN
                                                            United States District Judge