UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT A. SAMS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1393 (JGP) |
| ) | |
| v. ) | |
| ) | |
| ISABELLA M. CABBAGESTALK, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO DISMISS FOR LACK OF PROSECUTION**

Isabella Cabbagestalk, Program Manager, U.S. Department of Housing and Urban Development ("HUD"), respectfully moves to dismiss this case for lack of prosecution, pursuant to Rule 41(b). See also Link v. Wabash Ry., 370 U.S. 626 (1962); Ripalda v. American Operations Corp., 977 F.2d 1464, 1466 (D.C. Cir. 1992) ("The district court has the inherent power to dismiss a case *sua sponte* when a party fails to comply with a court order designed to advance the orderly prosecution of a case.").

Plaintiff appeared, *pro se*, at an initial status conference on October 18, 2005, and asked for 30 days to seek representation of counsel. Defendant consented and, at that same status hearing, the Court ordered a continuation of the initial status conference to November 17, 2005, directly informing Plaintiff of that date and time.

In a phone call with the undersigned counsel, on October 31, 2005, Plaintiff expressed some uncertainty about the efficacy of his continuing to proceed against Ms. Cabbagestalk as defendant, instead of the private landlord of his unit.

Plaintiff failed to appear at the status conference on November 17, 2005. The Court then

issued an order, dated November 21, 2005, requiring Plaintiff to file a memorandum explaining his failure to appear and whether he intends to prosecute this case. The Court set a deadline of December 1, 2005, for the memorandum. Plaintiff failed to file any such memorandum. Plaintiff has not otherwise contacted the undersigned, nor has he filed anything with the Court.

Accordingly, Defendant respectfully requests that the case be dismissed for lack of prosecution.

Dismissal is particularly appropriate in this case since Plaintiff has no serious likelihood of success on the merits. He alleges that the rent on his apartment was improperly raised, but his complaint names only a HUD official, not the landlord responsible for the rent increase.

A proposed order is attached.

December 15, 2005                                   Respectfully submitted,

                                                KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Dismiss for Lack of Prosecution was served upon *pro se* plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> Albert A. Sams
> 2801 Douglass Pl. S.E.
> Washington, DC 20020

on this 15th day of December 2005.

_____
ALAN BURCH
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov