UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT A. SAMS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1393 (JGP) |
| ) | |
| v. ) | |
| ) | |
| ISABELLA M. CABBAGESTALK, ) | |
| ) | |
| Defendant. ) | |

**ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

Plaintiff appeared, *pro se*, at an initial status conference on October 18, 2005, and asked for 30 days to seek representation of counsel. Defendant consented and, at that same status hearing, the Court ordered a continuation of the initial status conference to November 17, 2005, directly informing Plaintiff of that date and time.

Plaintiff failed to appear at the status conference on November 17, 2005. The Court then issued an order, dated November 21, 2005, requiring Plaintiff to file a memorandum explaining his failure to appear and whether he intends to prosecute this case. The Court set a deadline of December 1, 2005, for the memorandum. Plaintiff failed to file any such memorandum, or anything else with the Court.

Accordingly, dismissal is appropriate pursuant to Rule 41(b). See also Ripalda v. American Operations Corp., 977 F.2d 1464, 1466 (D.C. Cir. 1992).

UPON CONSIDERATION of Defendant's Motion to Dismiss for Lack of Prosecution, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED and it is

FURTHER ORDERED that this case is dismissed without prejudice.

So ordered. This _____ day of _____,
200_____.

_____
JOHN GARRETT PENN
United States District Judge