## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALBERT A. SAMS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  05-1393 (JGP)** |
| | ) | |
| **ISABELLA M. CABBAGESTAK,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ORDER

The Court, in an Order dated June 19, 2006, directed plaintiff, who is *pro se*, to "show cause, on or before August 21, 2006, why the Court should not grant defendant's Motion to Dismiss for Lack of Prosecution [#12]." *Sams v. Cabbagestak*, No. 05-1393, at 2 (D.D.C. June 19, 2006).  Therein, plaintiff was also advised that his failure to comply with the Court's directive by submitting his own affidavits or other evidence contradicting defendant's assertions would result in the Court accepting as true the facts asserted in defendant's dispositive Motion. *See id.* at n. 2; *see also Fox v. Strickland*, 267 2 U.S. App. D.C. 84, 837 F.2d 507 (1988); *Neal v. Kelly*, 295 U.S. App. D.C. 350, 963 F.2d 453 (1992).

Accordingly, and because plaintiff has not filed a responsive pleading as of the undersigned date of this Order, it is hereby

**ORDERED** that defendant's Motion to Dismiss for Lack of Prosecution [#12] shall be **GRANTED**. And it is further

**ORDERED** that the above-captioned case shall be **DISMISSED**.

**DATE: August 29, 2006**                                              **JOHN GARRETT PENN**
                                                                                    **United States District Judge**